AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00222 |
| Jesse Watson | ) Assigned to: Judge Faruqui, Zia M. |
|  | ) Assign Date: 10/18/2022 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jesse Watson

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) and 2 - (Restricted building or grounds)
40 U.S.C. §§ 5104(e)(2)(D) and (G) - (Violent entry or disorderly conduct)

Date: 10/18/2022

2022.10.18
14:48:35
-04'00'

*Issuing's signature*

City and state:   Washington, D.C.        Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/18/2022, and the person was arrested on *(date)* 10/19/2022
at *(city and state)* Lynnwood, Washington

Date: 10/19/2022

Laura C. McFarland
*Arresting officer's signature*

SA Laura C. McFarland
*Printed name and title*