UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 1:22-MJ-222 |
| | ) |
| JESSE WATSON, | ) |
| Defendant | ) |

**PRAECIPE**

**TO THE CLERK:**

**PLEASE ENTER** the appearance of the undersigned court-appointed attorney as counsel for the defendant in this matter effective November 8, 2022.

Respectfully submitted,

/signed by/
Gregory B. English, DC Bar #398564
The English Law Firm, PLLC
601 King Street, Suite 406
Alexandria, Virginia 22314
(703) 739-1368/Fax (703) 836-6842
gbeuva@gmail.com
*Counsel for the Defendant*

## Certificate of Service

I hereby certify that on the 10th day of November, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECT system, which will send a notification of such filing (NEF) to the following CM/ECF user:

>AUSA Frederick W. Yette
>Frederick.Yette@usdoj.gov.

>/signed by/
>_____
>Gregory B. English DC Bar #398564
>The English Law Firm, PLLC
>601 King Street, Suite 406
>Alexandria, Virginia 22314
>(703) 739-1368/Fax (703) 836-6842
>gbeuva@gmail.com
>*Counsel for Defendant*